AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

'11 OCT 28 P 1:46

FILED
US DISTRICT COURT CL...
WESTN. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSE RODRIGUEZ<br>JOSE PEREZ<br>    *Defendants* | )<br>)<br>)  Case No. 5:11 MJ-341-K<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date of October 28, 2011 in the county of Graves in the Western District of Kentucky, the defendants violated 21 U.S.C. § 841(a)(1), an offense described as follows:

This criminal complaint is based on these facts:

☑  Continued on the attached sheet

_____
Complainant's signature

Shawn Ramage, JFO
Printed name and title

Sworn to before me and signed in my presence.

Date: Oct. 28, 2011

_____
Judge's Signature

City and State: Paducah, Kentucky

W. David King, U.S. MJ.
Printed Name and Title

RBB (AUSA initials)